B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re _____,    Case No. _____
           Debtor
                                            Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____    **Court claim no**. (if known): _____

**Last four digits** of any number you use to identify the debtor's account:    ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice    ____/____/_____

**New total payment:**    $ _____
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

❑ No
❑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ _____    **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

❑ No
❑ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%    **New interest rate:** _____%

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

❑ No
❑ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

B 10 (Supplement 1) (12/11) Page 2

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

❒ I am the creditor.    ❒ I am the creditor's authorized agent.
                         (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ _____    Date  ___/____/_____
   Signature

**Print:**    _____    Title  _____
              First Name         Middle Name         Last Name

Company    _____

Address    _____
            Number           Street

            _____
            City                        State      ZIP Code

Contact phone   (_____) _____–_____                    Email _____

## CERTIFICATE OF SERVICE

I hereby certify that on _____, a copy of the foregoing Notice has been served electronically via the Court's ECF system and/or by first class mail on:

Debtor(s):

Debtors' Attorney:

Trustee:

Date:                                    /s/ Enrique Alarcon
                                         Enrique Alarcon, Assistant Paralegal
                                         MALCOLM ♦ CISNEROS, A Law Corporation
                                         2112 Business Center Drive, 2nd Floor
                                         Irvine, CA 92612
                                         Phone: (949) 252-9400
                                         Facsimile: (949) 252-1032
                                         ealarcon@mclaw.org

**Aurora Bank** FSB

P.O. Box 1706
Scottsbluff, NE 69363-1706

www.myAuroraLoan.com

PAUL EDWARD ALLEN
PO BOX 3724
VIRGINIA BCH VA 23454-9618

**ESCROW ACCOUNT STATEMENT**

| | |
|---|---|
| Analysis Date: | 12/27/11 |
| Account Number: | 4624 |

Customer Service: 1-800-550-0508
Mon-Thu, 8:00 a.m. to 11:00 p.m., ET
Fri, 8:00 a.m. to 9:00 p.m., ET
Sat, 8:00 a.m. to 4:00 p.m., ET

| | |
|---|---|
| Current Payment as of 12/27/11 | |
| Principal and Interest | $941.37 |
| Escrow/Impound | $123.30 |
| **Total Current Payment** | **$1,064.67** |
| New Payment Effective 03/01/12 | |
| Principal and Interest | $941.37 |
| Escrow/Impound | $123.30 |
| **Total New Payment** | **$1,064.67** |

Aurora Bank is a debt collector. Aurora Bank is attempting to collect a debt and any information obtained will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

## PAYMENT CALCULATIONS AND ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE

For quality assurance and to comply with federal regulations, Real Estate Settlement Procedures Act (RESPA), your escrow account is reviewed at least once a year to determine that sufficient funds are available to pay your taxes and/or insurance. If the taxes and/or insurance amounts we pay from your escrow account change during the year, then the amount we are required to collect may change. If this occurs, we suggest you contact your tax authority or insurance agent directly for an explanation of the change in your bill.

**ESCROW DISBURSEMENTS**

Current Anticipated Disbursements
This year, we anticipate that payments from your account will equal $1,479.64.

| | |
|---|---|
| City Quart 3 | 369.91 |
| City Quart 4 | 369.91 |
| City Quart 1 | 369.91 |
| City Quart 2 | 369.91 |
| **Total Disbursements** | **1,479.64** |

Escrow Payment Calculation
$1,479.64 / 12 months = $123.30

Previous Anticipated Disbursements
Last year, we anticipated that payments from your account would be made during this period equalling $1,479.64.

| | |
|---|---|
| City Quart 3 | 369.91 |
| City Quart 4 | 369.91 |
| City Quart 1 | 369.91 |
| City Quart 2 | 369.91 |
| **Total Disbursements** | **1,479.64** |

Escrow Payment Calculation
$1,479.64 / 12 months = $123.30

**Calculation of Escrow Adjustment**

| | |
|---|---|
| Beginning Projected Balance | $509.95 |
| Beginning Required Balance | 616.54 |

**PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE**

Your actual starting escrow balance is $509.95. According to your projected escrow activity, you are required to have a starting escrow balance of $616.54.

| Month | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Required Balance | Actual Balance |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | 616.54 | 509.95 |
| Mar | 123.30 | 369.91 | CITY QUART 3 | 369.93 | 263.34 |
| Apr | 123.30 | | | 493.23 | 386.64 |
| May | 123.30 | 369.91 | CITY QUART 4 | 246.62 | 140.03 |
| Jun | 123.30 | | | 369.92 | 263.33 |
| Jul | 123.30 | | | 493.22 | 386.63 |
| Aug | 123.30 | | | 616.52 | 509.93 |
| Sep | 123.30 | 369.91 | CITY QUART 1 | 369.91 | 263.32 |
| Oct | 123.30 | | | 493.21 | 386.62 |
| Nov | 123.30 | 369.91 | CITY QUART 2 | 246.60 | 140.01 LP |
| Dec | 123.30 | | | 369.90 | 263.31 |
| Jan | 123.30 | | | 493.20 | 386.61 |
| Feb | 123.30 | | | 616.50 | 509.91 |
| | | | ENDING BALANCE | 616.50 | 509.91 |
| TOTAL | 1,479.60 | 1,479.64 | | | |

Based upon your mortgage documents and/or state and federal laws, we are allowed to maintain a two month cushion in your escrow account (excluding MIP/PMI). Your lowest monthly balance (LP) for the next 12 months should not exceed $246.60, which equals 1/6 of the anticipated payments from your escrow account.

Your actual lowest monthly balance was greater than $246.60. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free Customer Service number.

***CONTINUED ON REVERSE***

**Aurora Bank** FSB

P.O. Box 1706
Scottsbluff, NE 69363-1706

For information about your loan,
Visit us online at
www.myAuroraLoan.com

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM FEBRUARY THROUGH FEBRUARY
(PROJECTIONS FROM THE LAST ESCROW ANALYSIS OR DISCLOSURE STATEMENT ARE NEXT TO THE ACTUAL ACTIVITY)

## ACCOUNT HISTORY

This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure.

| Month | Payments To Escrow Projected | Payments To Escrow Actual | Payments From Escrow Projected | Payments From Escrow Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | STARTING BALANCE | 493.24 | -476.50 |
| Feb | 123.30 | 0.02 * | | 369.91 * | CITY QUART 3 | 616.54 | -846.39 |
| Mar | 123.30 | 0.01 * | 369.91 | | * CITY QUART 3 | 369.93 | -846.38 |
| Apr | 123.30 | 0.01 * | | 369.91 * | CITY QUART 4 | 493.23 | -1,216.28 |
| May | 123.30 | * | 369.91 | | * CITY QUART 4 | 246.62 | -1,216.28 |
| Jun | 123.30 | 0.01 * | | | | 369.92 | -1,216.27 |
| Jul | 123.30 | * | | | | 493.22 | -1,216.27 |
| Aug | 123.30 | 0.01 * | | | | 616.52 | -1,216.26 |
| Sep | 123.30 | 0.01 * | 369.91 | | * CITY QUART 1 | 369.91 | -1,216.25 |
| Oct | 123.30 | * | | | | 493.21 | -1,216.25 |
| Nov | 123.30 | 123.30 | 369.91 | | * CITY QUART 2 | 246.60 | -1,092.95 |
| Dec # | 123.30 | 1,356.30 * | | | | 369.90 | 263.35 |
| Jan # | 123.30 | 123.30 | | | | 493.20 | 386.65 |
| Feb # | | 123.30 * | | | | 493.20 | 509.95 |
| TOTAL | 1,479.60 | 1,726.27 | 1,479.64 | 739.82 | | | |

Over this period, an additional $0.00 was deposited into your escrow account for interest on escrow.

A pound sign (#) indicates scheduled deposits or disbursements to be made to the escrow account before your new payment effective date.

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.

Under Federal law, your lowest monthly balance should not have exceeded $246.60 or 1/6 of anticipated payments from the account (excluding MIP/PMI), unless your mortgage contract or State law specified a lower amount. Under your mortgage contract and State law, your lowest monthly balance should not have exceeded $246.60.

You will receive an Escrow Account Disclosure Statement reflecting the actual activity at the end of the next escrow analysis cycle. However, you may wish to keep this statement for your own records for comparison. Should you have any questions about this Escrow Statement, please call our Customer Service Representatives toll free at 800-550-0508.